# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | | |
|---|---|---|
| **JOY ALLEN** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CV-17-518** |
| | ) | |
| **FUSHENG DENG, N & F** | ) | |
| **LOGISTICS, et.al** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## <u>EXHIBIT "A"</u>

DOCUMENT 1

ELECTRONICALLY FILED
10/12/2017 8:41 AM
02-CV-2017-902677.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93　Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>02<br><br>Date of Filing:<br>10/12/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### JOY ALLEN v. FUSHENG DENG ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☐ Business ☑ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>　　　Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>　　　Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**　F ☑ INITIAL FILING　　　　A ☐ APPEAL FROM DISTRICT COURT　　　O ☐ OTHER

　　　　　　R ☐ REMANDED　　　　　　T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO　　**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**　☑ MONETARY AWARD REQUESTED　☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
BAR059

10/12/2017 8:41:30 AM
Date

/s/ EATON G. BARNARD
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**　☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
10/12/2017 8:41 AM
02-CV-2017-902677.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY E. ALLEN,                                    *
                                                 *
      Plaintiff,                         *
                                                 *
v.                                               *       Civil Action No.:  CV-2017-_____
                                                 *
FUSHENG DENG, N&F LOGISTICS,                     *
Fictitious parties A, B & C, being those         *
persons, entities or corporations otherwise      *       **PLAINTIFF REQUESTS TRIAL BY JURY**
responsible for the acts complained of           *
herein whose identities are not known at         *
this time but will be substituted once           *
ascertained;                                     *
                                                 *
      Defendants.                        *

### COMPLAINT

1.      Plaintiff, JOY E. ALLEN, (hereinafter referred to as "ALLEN"), is an adult resident citizen of Mobile County, Alabama and was so at all relevant times.

2.      Defendant, N&F LOGISTIC, INC. (hereinafter referred to as "N&F"), is a Louisiana corporation conducting business in Mobile County, Alabama at all relevant times.

3.      Defendant, FUSHENG DENG, (hereinafter referred to as "DENG"), is an adult resident citizen of Jefferson Parish, Louisiana and was working for and driving a truck for N&F in Mobile County, Alabama at all relevant times.

4.      Fictitious parties A, B, and C are the persons or entities whose names or identities are unknown at this time and who are responsible for the acts complained of herein, or anything else that may have caused or contributed or are otherwise responsible for the harms and losses suffered by ALLEN.

**FACTS**

5.      On October 30, 2015, in Mobile County, Alabama, DENG and ALLEN were both traveling westbound on I-10 in  the George Wallace Tunnel in Mobile, Alabama.  ALLEN was stopped in traffic when DENG suddenly and without warning crashed into ALLEN's vehicle.

6.      Plaintiff ALLEN suffered severe injuries to her back and neck as a result of the October 30, 2015 collision.

**COUNT ONE**
**NEGLIGENCE**

7.      Defendant DENG, acting as an employee and agent of Defendant N&F, was negligent as follows:

    a)      Driving into the rear of Mrs. Allen's car;

    b)      Failing to obey "the rules of the road,"

    c)       Failing to keep a proper look-out,

    d)      Distracted driving, not watching the road, and

    e)      Failing to maintain control of his vehicle.

8.      Defendant N&F was negligent in hiring, training, supervising and retaining its employee DENG.

9.      Defendant N&F was negligent in entrusting its vehicle to DENG.

10.      As a direct and proximate result of the negligence of Defendants, ALLEN suffered injuries and was caused to incur the following injuries and damages:

    a)      Past and future pain and suffering;

    b)      Past and future medical expenses;

    c)      Past and future emotional distress and mental anguish; and

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendants in such sum as is determined by a jury to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

## COUNT TWO
## WANTONNESS AND/OR RECKLESS

11.     Plaintiff adopts and re-alleges the allegations and paragraphs numbered 1 through 10 of this Complaint as if fully set forth herein and substitutes the words "reckless" and "recklessness" for the words "negligent" and "negligence".

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendants, including punitive damages, in such sum as is determined by a jury to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

CITRIN LAW FIRM, P.C.

_s/ Eaton G. Barnard_
EATON G. BARNARD (BAR059)
Attorney for Plaintiff
1904 Dauphin Island Parkway
Mobile, Alabama  36605
Telephone: (251) 478-6899
Fax: (251) 478-7198
E-Mail: eaton@citrinlaw.com

**SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:**

Fusheng Deng
1300 Edwards Avenue
Harahan, Louisiana 70123

N&F Logistic, Inc.
1300 Edwards Avenue
New Orleans, Louisiana 70123

ELECTRONICALLY FILED
10/12/2017 8:41 AM
02-CV-2017-902677.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY E. ALLEN,                                          *
                                                      *
          Plaintiff,                                  *
                                                      *
v.                                                    *          Civil Action No.:  CV-2017-_____
                                                      *
FUSHENG DENG, N&F LOGISTICS,                          *
Fictitious parties A, B & C, being those              *
persons, entities or corporations otherwise          *
responsible for the acts complained of               *
herein whose identities are not known at             *
this time but will be substituted once               *
ascertained;                                          *
                                                      *
          Defendants.                                 *

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
### REQUEST FOR PRODUCTION TO DEFENDANT FUSHENG DENG

Comes now the Plaintiff, JOY E. E ALLEN, by and through her undersigned counsel, and,

pursuant to the *Alabama Rules of Civil Procedure*, propounds the following First Interrogatories

and Requests for Production to the Defendant FUSHENG DENG ("DENG") to be answered and

responded to fully and completely within the time frame required by law:

You are reminded that under the provisions of Rule 26(a) you are under a duty to

reasonably supplement your response with respect to any question directly addressed to (a) the

identity and location of persons having knowledge of discoverable matters, and (b) the identity

of each person expected to be called as an expert witness at trial, the subject matter on which

he/she is expected to testify, and the substance of her testimony.

You are under a duty to reasonably amend a prior response if you obtain information

upon the basis of which (a) you know that the response was incorrect when made, or (b) you

know that the response, though correct when made is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

Any such supplemental response is to be filed and served upon counsel of record for the Plaintiffs within (15) days after receipt of such information.

## DEFINITIONS

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of her attorneys, employees, agents, or representatives, and all other persons acting on her behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, governmental or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced and reproduced.

"Identify" and "identification", when used with reference to a document, shall mean to state its date, author or signor, addressee, type of document and all other means of identifying it, and its present or last known location or custodian. If any document was but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## INTERROGATORIES

1.      State your full name, residence address, date of birth, and Social Security Number.

**ANSWER:**

2.      With respect to the motor vehicle occupied by you at the time of the collision made the basis of Plaintiffs' Complaint, identify its owner by name and address, its operator by name and address, and each of its occupants by name, address, seating position, and relationship or connection with you.

**ANSWER:**

3.      State the time you went to sleep on the evening before the date of the collision, and the time you awoke on the day of the collision. Identify, in chronological order, each place to which you traveled on the day before the collision, and on the day of the collision and, as to each, identify the name and address of each place, your approximate arrival and departure times, and the purpose of each trip.

**ANSWER:**

4.      When did you first start driving a motor vehicle, and at what age did you first pass a driver's license exam? In what State was your first driver's license issued to you?

**ANSWER:**

5.      Have you ever taken a driver's education course of any nature? If so, state whether the course was mandated or voluntary, and describe when and where you took such course.

**ANSWER:**

6.      State fully and in detail the purpose of the trip you were making at the time of the collision

made the basis of the Plaintiffs' Complaint, including from what point you departed, the time of

departure, and the address of your destination and, if you were performing a mission, errand, or

duty for anyone, state the nature of same and name and address of the person for whom you

were performing same.

**ANSWER:**


7.      Prior to the date of the subject collision, had you ever driven through the George Wallace

tunnel, in either direction?  If so, on how many occasions (approximately) or how frequently

(daily, weekly, monthly, yearly, etc.) had you driven through each direction of the George Wallace

tunnel?

**ANSWER:**


8.      State your recollection of how the collision referred to in the Plaintiff's Complaint

occurred, including what you did in the series of events immediately leading up to the collision,

what the driver of each of the vehicles did in the series of events leading up to the collision, what

signals or warnings were made or given just prior to and at the time of the collision by any person,

and all aspects of the collision in the sequence in which they happened.

**ANSWER:**


9.      Why did your truck collide into the truck operated and/or occupied by the Plaintiff?

**ANSWER:**

10.     Describe any and all policies of insurance which you believe covers or may cover you for the allegations set forth in the Plaintiff's Complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

**ANSWER:**


11.     With respect to the collision which is the subject of the Plaintiff's Complaint, state the approximate speed at which your vehicle was traveling at the time of impact, and any facts on which you base that estimate, and the applicable speed limit to the section of road on which your vehicle was traveling immediately prior to the collision.

**ANSWER:**


12.     If you consumed any alcoholic beverages or took any drugs or medications within twenty-four (24) hours prior to the collision made the basis of the Plaintiff's Complaint, state when, where, what, the amount, and with whom you consumed such alcoholic beverages and/or drugs or medications.

**ANSWER:**


13.     State the name, residence address, telephone number(s), and the substance of the knowledge of each and every person whom you know or suspect to have witnessed the collision made the basis of this lawsuit.

5

**ANSWER:**

14.     If you are aware of any statements, written or otherwise, which are in existence in connection with the subject collision, please state the name, residence address, and telephone number of the person making the statement, the date the statement was made, and the name, residence address, and telephone number of the person presently having custody of each such statement.

**ANSWER:**

15.     If you are aware of any photographs or videos taken either of the scene of the collision, the vehicles involved or any injuries, please state when the photographs or videos were taken and attach copies of said photographs or videos to your answers to these Interrogatories.

**ANSWER:**

16.     If you have ever been convicted of a felony in the last 10 years, state the nature of the felony or felonies, the date or dates of the conviction, and the place or places of the conviction.

**ANSWER:**

17.     Describe in detail your complete driving history for the ten (10) year period preceding the subject collision, including any and all collisions, (including specifically dates, parties involved, location, injuries and/or results), and all tickets, arrests, and/or citations received, (including when, where, and the reasons for each citation).

**ANSWER:**

18.     If you contend that any actions or activities of the Plaintiff or any other party other than

yourself caused or contributed to the collision made the basis of the Plaintiff's Complaint, state

their name(s) and residence address(es), what each such person did or failed to do, the manner

in which they contributed or caused the collision, identify all persons by name and address who

have knowledge of any facts supporting this contention and attach to your answers to these

Interrogatories any and all letters, memoranda, notes, correspondence, and any and all other

tangible evidence supporting your contention.

**ANSWER:**

19.     Describe in detail your complete employment history for the past ten (10) years,

including name, address, and telephone number of each employer, your job description, the

name of your immediate supervisor at each employment, dates of each employment, rate of pay

at each employment, and your reasons for leaving each such employment.

**ANSWER:**

20.     State whether or not you were using a cell phone, in any manner, including, but not

limited to, looking at the phone, talking on the phone, tweeting or text messaging, or using any

other social media, at the time of the collision. Provide the name, address, account number, and

the assigned cellular telephone number for any and all cellular telephones which you owned

and/or had in your possession, and provide the cellular telephone service provider that you were using at the time of the collision made the basis of the Plaintiffs' Complaint.

**ANSWER:**

21.     Did the vehicle you were driving have any device that recorded or monitored the vehicle and/or driver during operation, including, but not limited to, on board video, electronic data recorder, global positioning system (GPS) or electronic logging system?  If so, identify each and all that were on the vehicle, whether information, videos or other data has been collected from any such devices, and attach copies of all information, data, photographs or videos.

**ANSWER:**

## REQUESTS FOR PRODUCTION

1.     Produce true and complete copies of any and all photographs, films, slides, videos, or other graphic depictions you, or anyone acting on your behalf, has of the scene of the collision, any vehicles involved, and/or any injuries received by the persons involved in the collision.

**ANSWER:**

2.     Produce true and complete copies of any and all accident reports, incident reports, investigation reports, or other written documents of any type whatsoever regarding or referring in any way to the subject collision, and which were not specifically prepared in anticipation of litigation.

**ANSWER:**

3.      Any driver logs, written or electronic, for the three (3) months before through one (1)

month after the subject collision.

**ANSWER:**


4.      Produce true and complete copies of any and all policies of insurance which you contend

or believe cover or may cover you for the allegations set forth in regard to the subject collision.

**ANSWER:**


5.      Attach a copy of the cellular telephone bill(s) and/or record of calls, texts, etc. made

and/or received by you for the 24-hour period immediately preceding the collision on the date

of the subject collision through 12 hours after the collision for any and all cellular telephone

complains with which you had cellular telephone service and/or for any cellular telephone in your

possession at the time of the collision made the basis of the Plaintiffs' Complaint.

**ANSWER:**


6.      Do <u>NOT</u> destroy sell, transfer or dispose of any cellular phone you owned at the time of

the collision. The phone(s) are evidence. Destruction or alteration of evidence may lead to

sanctions. Please produce any cell phone you owned or were in possession of at the time of the

crash.  We will agree to arrange a mutually convenient time for inspection of the phone if it is

your primary phone.

**ANSWER:**

Attorney for the Plaintiff

*/s/ Eaton G. Barnard*
EATON G. BARNARD (BAR059)
Citrin Law Firm, PC
1904 Dauphin Island Parkway
Mobile, Alabama 36605
Telephone:      (251) 478-6899
Facsimile:        (251) 478-7198
Email: eaton@citrinlaw.com

**TO BE SERVED WITH COMPLAINT**

ELECTRONICALLY FILED
10/12/2017 8:41 AM
02-CV-2017-902677.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| JOY E. ALLEN, | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action No.:  CV-2017-_____ |
| | * | |
| FUSHENG DENG, N&F LOGISTICS, | * | |
| Fictitious parties A, B & C, being those | * | |
| persons, entities or corporations otherwise | * | |
| responsible for the acts complained of | * | |
| herein whose identities are not known at | * | |
| this time but will be substituted once | * | |
| ascertained; | * | |
| | * | |
| **Defendants.** | * | |

---

### PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
### TO DEFENDANT N&F LOGISTIC, INC.

---

Comes now the Plaintiff, JOY E. ALLEN, by and through her undersigned counsel, and, pursuant to the *Alabama Rules of Civil Procedure*, propounds the following First Interrogatories and Requests for Production to Defendant, N&F LOGISTIC, INC. ("N&F") to be answered and responded to fully and completely within the time frame required by law:

You are reminded that under the provisions of Rule 26(a) you are under a duty to reasonably supplement your response with respect to any question directly addressed to (a) the identity and location of persons having knowledge of discoverable matters, and (b) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he/she is expected to testify, and the substance of her testimony.

You are under a duty to reasonably amend a prior response if you obtain information upon the basis of which (a) you know that the response was incorrect when made, or (b) you know that the response, though correct when made is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

Any such supplemental response is to be filed and served upon counsel of record for the Plaintiffs within (15) days after receipt of such information.

## DEFINITIONS

Unless otherwise indicated the following definitions shall be applicable to these Interrogatories:

"You" and "your" shall mean the Defendant and each of her attorneys, employees, agents, or representatives, and all other persons acting on her behalf.

"Person" shall mean any individual, partnership, firm, association, corporation or other business, governmental or legal entity.

"Document" shall mean any written, recorded, transcribed, punched, taped, filmed, or graphic matter of any kind or description, however produced and reproduced.

"Identify" and "identification", when used with reference to a document, shall mean to state its date, author or signor, addressee, type of document and all other means of identifying it, and its present or last known location or custodian. If any document was but is no longer in your possession, custody or control state what disposition was made of it and the reason for its disposition.

## INTERROGATORIES

1.      State the name, address, and job title of the person answering these Interrogatories, and state if the Defendant, as named in the Complaint, is the correct and legal name of the Defendant. If not, please state the correct legal name of this Defendant.

**RESPONSE:**


2.      Was FUSHENG DENG your employee on the date and time of the incident as alleged in the Complaint?  If so, please produce a copy of his entire employee/personnel file.

**RESPONSE:**


3.      Was FUSHENG DENG acting within the scope of his employment for N&F at the time of the subject collision?  If not, state in detail the reasons for your denial.

**RESPONSE:**


4.      State the name, residence address, telephone number(s), and the substance of the knowledge of each and every person whom you know or suspect to have witnessed or was present at the location and time of the crash made the basis of this lawsuit.  If any recorded statements were taken from any witnesses to the incident, please attach transcripts of same.

**RESPONSE:**

5.      Was there any device in or on the truck driven by FUSHENG DENG at the time of the crash which served to identify the location, speed, or operation of the vehicle? If so, please identify the device and produce any information obtained from that device.

**RESPONSE:**

6.      Was any inspection or testing done on the subject truck by anyone associated with N&F before or after the incident?  If so, fully identify those who performed any such inspection and produce a copy of any and all reports, letters, memos, photos, etc., resulting from the subject inspection(s).

**RESPONSE:**

7.      Please produce all reports of the subject truck which, in any manner, address alterations, maintenance, mechanical problems, and/or repairs of the truck, including estimates and/or invoices for same.

**RESPONSE:**

8.      Describe any and all policies of insurance which you believe covers or may cover any defendant for the allegations set forth in the Plaintiff's Complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

**RESPONSE:**

DOCUMENT 4

9.      State the name, residence address, telephone number(s), and the substance of the knowledge of each and every person whom you know or suspect to have witnessed the collision made the basis of this lawsuit.

**RESPONSE:**

10.     If you are aware of any statements, written or otherwise, which are in existence in connection with the subject collision, please state the name, residence address, and telephone number of the person making the statement, the date the statement was made, and the name, residence address, and telephone number of the person presently having custody of each such statement.

**RESPONSE:**

11.     If you are aware of any photographs taken either of the scene of the collision, the vehicles involved or any injuries from the collision, please state when these photographs were taken, by whom they were taken and attach copies of said photographs to your answers to these Interrogatories.

**RESPONSE:**

## REQUESTS FOR PRODUCTION

1.      Produce true and complete copies of any and all photographs, films, slides, videos, or other graphic depictions you, or anyone acting on your behalf, has of the scene of the collision, any vehicles involved, and/or any injuries received by the persons involved in the collision.

**RESPONSE:**

     2.     Produce true and complete copies of any and all accident reports, incident reports, investigation reports, or other written documents of any type whatsoever regarding or referring in any way to the subject collision, and which were not specifically prepared in anticipation of litigation.

**RESPONSE:**

     3.     Produce true and complete copies of any and all policies of insurance which you contend or believe cover or may cover any defendant for the allegations set forth in regard to the subject collision.

**RESPONSE:**

     4.     Produce a true and complete copy of FUSHENG DENG's personnel file, including but not limited to, any and all background checks, evaluations, certifications, discipline records, etc.

**RESPONSE:**

     5.     Produce a true and complete copy of any drug tests and results of any drug tests that may have been taken and/or collected from FUSHENG DENG related to this subject collision.

**RESPONSE:**

Attorney for the Plaintiff


*/s/ Eaton G. Barnard*
EATON G. BARNARD (BAR059)
Citrin Law Firm, PC
1904 Dauphin Island Parkway
Mobile, Alabama 36605
Telephone:    (251) 478-6899
Facsimile:    (251) 478-7198
Email: eaton@citrinlaw.com


**TO BE SERVED WITH COMPLAINT**

7



AlaFile E-Notice

02-CV-2017-902677.00

To:   EATON G. BARNARD
      eaton@citrinlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY ALLEN V. FUSHENG DENG ET AL
02-CV-2017-902677.00

The following complaint was FILED on 10/12/2017 8:41:52 AM

Notice Date:     10/12/2017 8:41:52 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-902677.00

To:  FUSHENG DENG
1300 EDWARDS AVENUE
HARAHAN, LA, 70123

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY ALLEN V. FUSHENG DENG ET AL
02-CV-2017-902677.00

The following complaint was FILED on 10/12/2017 8:41:52 AM

Notice Date:     10/12/2017 8:41:52 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-902677.00

To: N&F LOGISTIC, INC.
1300 EDWARDS AVENUE
NEW ORLEANS, LA, 70123

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY ALLEN V. FUSHENG DENG ET AL
02-CV-2017-902677.00

The following complaint was FILED on 10/12/2017 8:41:52 AM

Notice Date:     10/12/2017 8:41:52 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902677.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### JOY ALLEN V. FUSHENG DENG ET AL

**NOTICE TO:** FUSHENG DENG, 1300 EDWARDS AVENUE, HARAHAN, LA 70123

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EATON G. BARNARD

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1904 DAUPHIN ISLAND PARKWAY, MOBILE, AL 36605

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOY ALLEN
pursuant to the Alabama Rules of the Civil Procedure.                                    *(Name(s))*

| 10/12/2017 8:41:52 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ EATON G. BARNARD

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____

*(Date)*

_____                    *(Address of Server)*

*(Type of Process Server)*       *(Server's Signature)*

_____

*(Server's Printed Name)*       *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2017-902677.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### JOY ALLEN V. FUSHENG DENG ET AL

**NOTICE TO:** N&F LOGISTIC, INC., 1300 EDWARDS AVENUE, NEW ORLEANS, LA 70123

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EATON G. BARNARD

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1904 DAUPHIN ISLAND PARKWAY, MOBILE, AL 36605

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOY ALLEN

pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 10/12/2017 8:41:52 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ EATON G. BARNARD

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on _____

*(Date)*

_____    _____

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____

*(Server's Printed Name)*    *(Phone Number of Server)*

evised 1-1-04;  4-1-99;  11-1-99

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Joy Allen*

Plaintiff(s)

vs.

*Fusheng Deng et.al.*

Defendant(s)

CIVIL ACTION NO. *CV-1790677*

DATE COMPLAINT FILED *10-12-17*

## ASSIGNMENT TO EXPEDIATED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

### OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems and will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial.  A motion filed later than the aforesaid 40 days will not be considered by the Court.  Oral argument may be requested on an exclusion motion.  If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties.  If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.

### DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time.  Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

### MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint.  If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties.  If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)     The date the complaint was filed;

(2)    That the issues in the case have been defined and joined;

(3)    That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)    That a jury trial has or has not been demanded;

(5)    The expected length of the trial expressed in hours and/or days;

(6)    A brief description of the plaintiff's claim;

(7)    The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)    That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)    That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)    That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL:

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar):

GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.      EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.      Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.      Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.      Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.      DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.      If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.      Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.      The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.      DAMAGES

a.      All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.      Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.      AGENCY-TIME AND PLACE-DUTY

a.      Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.     EXPERTS

a.     Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.     Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.     Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d.     Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.     JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7.     JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8.     DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9.     MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10.    CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the 13th day of October 2017.

Presiding Judge, John R. Lockett

DOCUMENT 8

| State of Alabama | **ORIGINAL** SUMMONS | Court Case Number |
|---|---|---|
| Unified Judicial System | - CIVIL - | 02-CV-2017-902677.00 |
| Form C-34   Rev. 4/2017 | | |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## JOY ALLEN V. FUSHENG DENG ET AL

**NOTICE TO:** FUSHENG DENG, 1300 EDWARDS AVENUE, HARAHAN, LA 70123

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
EATON G. BARNARD

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1904 DAUPHIN ISLAND PARKWAY, MOBILE, AL 36605

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOY ALLEN pursuant to the Alabama Rules of the Civil Procedure.

| 10/12/2017 8:41:52 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ EATON G. BARNARD
*(Plaintiff's/Attorney's Signature)*

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C036
205 Government Street
Mobile, Alabama 36644-2936

## RETURN ON SERVICE

☐ R

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

☐ I

☐ nd Complaint or other document to

Alab

[Type

*(Date)*

_____ County,

*(Name of County)*

*(Address of Server)*

*(Phone Number of Server)*

677.00
DENG ET AL

D001 - FUSHENG DENG
*(Defendant)*

## SERVICE RETURN COPY

# ORIGINAL

AVS0305

ALABAMA JUDICIAL DATA CENTER
MOBILE     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902677.00
JOHN R LOCKETT

---

IN THE CIRCUIT   COURT OF   MOBILE     COUNTY

JOY ALLEN V. FUSHENG DENG ET AL

SERVE ON:  D001


DENG FUSHENG
1300 EDWARDS AVENUE

HARAHAN          ,LA  70123-0000


NOTES:
YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

10/13/2017   DATE          CLERK: JOJO SCHWARZAUER            BY:
                                  205 GOVERNMENT STREET
                                  MOBILE  AL  36644-2936
                                  (251)574-8420

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____

                              SIGNATURE OF SERVER

_____

NAME / ADDRESS ABOVE              DATE

---

OPERATOR: RUP
PREPARED: 10/13/2017

State of Alabama
Unified Judicial System **ORIGINAL** SUMMONS
Form C-34  Rev. 4/2017 - CIVIL -

**Court Case Number**
02-CV-2017-902677.00

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### JOY ALLEN V. FUSHENG DENG ET AL

**NOTICE TO:** N&F LOGISTIC, INC., 1300 EDWARDS AVENUE, NEW ORLEANS, LA 70123

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EATON G. BARNARD

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 1904 DAUPHIN ISLAND PARKWAY, MOBILE, AL 36605

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JOY ALLEN pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 10/12/2017 8:41:52 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ EATON G. BARNARD
*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36844-2936

### RETURN ON SERVICE

☐ R
☐ I

*(Date)*

...nd Complaint or other document to

_____ County,

*(Name of County)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery  $_____

Postage
$

Total Postage and Fees
$

*N & F Logistic Inc.*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

*(Address of Server)*

_____

*(Phone Number of Server)*

577.00
DENG ET AL

D002 - N&F LOGISTIC, INC.
*(Defendant)*

## SERVICE RETURN COPY

# ORIGINAL

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2017 902677.00
JOHN R LOCKETT

---------------------------------------------------------------------

IN THE CIRCUIT  COURT OF   MOBILE      COUNTY

JOY ALLEN V. FUSHENG DENG ET AL

SERVE ON:  D002

N&F LOGISTIC, INC.
1300 EDWARDS AVENUE
NEW ORLEANS    ,LA  70123-0000

NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

---------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
10/13/2017  DATE        CLERK: JOJO SCHWARZAUER          BY:
                               205 GOVERNMENT STREET
                               MOBILE, AL  36644-2936
                               (251)574-8420

---------------------------------------------------------------------

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____            SIGNATURE OF SERVER

_____            _____
NAME / ADDRESS ABOVE                DATE

OPERATOR: RUP
PREPARED: 10/13/2017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FUSHENG DENG

1300 EDWARDS AVENUE
HARAHAN, LA 70123

CL-17-0267.77 Discovery

9590 9402 3200 7166 1542 85

2. Article Number (Transfer from service label)

7017 1070 0000 1307 6073

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

10/9/17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



First-Class Mail
Postage & Fees P
USPS
Permit N

2017 OCT 25    AM U 07

A. MOBILE
ERTIFY TH
AS FILED ON

CLERK CIRCUIT

Sender: Please print your name, address, and ZIP+4® in this box

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY - CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36844-2936

9590 9402 3200 7166 1542 85

USPS

United States
Postal Service



AlaFile E-Notice

02-CV-2017-902677.00
Judge: JOHN R LOCKETT

To:  BARNARD EATON GASTON
eaton@citrinlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY ALLEN V. FUSHENG DENG ET AL
02-CV-2017-902677.00

The following matter was served on 10/19/2017

**D001 DENG FUSHENG**

**Corresponding To**

CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

N&F LOGISTIC, INC.
1300 EDWARDS AVENUE
NEW ORLEANS, LA 70123

CV-17-902677 C48

9590 9402 3200 7166 1542 78

2. Article Number (Transfer from service label)

7017 1070 0000 1307 6080

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 3200 7166 1542 78

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

STATE OF
I HEREBY
LEADING

MOBILE CO.
SEY THIS

'17 OCT 25   AM 11: 2

ERK   COURT

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C809
205 Government Street
Mobile, Alabama 36644-2936



AlaFile E-Notice

02-CV-2017-902677.00

Judge: JOHN R LOCKETT

To:  BARNARD EATON GASTON
eaton@citrinlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY ALLEN V. FUSHENG DENG ET AL
02-CV-2017-902677.00

The following matter was served on 10/25/2017

**D002 N&F LOGISTIC, INC.**

**Corresponding To**

CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-902677.00

To:  JOSEPH ROBERT DUNCAN JR.
     jduncan@huielaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOY ALLEN V. FUSHENG DENG ET AL
02-CV-2017-902677.00

The following NOTICE OF REMOVAL was FILED on 11/22/2017 12:10:32 PM

Notice Date:      11/22/2017 12:10:32 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
11/22/2017 12:10 PM
02-CV-2017-902677.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| JOY ALLEN | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )    CV-2017-902677 |
| | ) |
| FUSHENG DENG, N & F LOGISTICS, | ) |
| et al. | ) |
| | ) |
|   Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

To:   Circuit Court Clerk
      Mobile County, Alabama

PLEASE TAKE NOTICE that Defendants in the above-styled action, Fusheng Deng and N&F Logistics, on the 22nd day of November, 2017, are filing their Notice of Removal, in the United States District Court for the Southern District of Alabama, Mobile Division, Case No. 17-518.

Respectfully submitted this 22nd day of November, 2017.

*s/ Joseph R. Duncan, Jr.*
Joseph R. Duncan, Jr. (asb-8851-h35d)
*Attorney for Fusheng Deng and N&F*
*Logistics*

**OF COUNSEL**:
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center – Suite 200
2801 Highway 280 South
Birmingham, AL  35223-2484
Telephone:  (205) 251-1193
Facsimile:  (205) 251-1256
jduncan@huielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing via the AlaFile system which will serve all counsel of record on this 22nd day of November, 2017:

Eaton G. Barnard, Esq.
Citrin Law Firm, P.C.
1904 Dauphin Island Parkway
Mobile, AL  36605

*s/ Joseph R. Duncan, Jr.*
OF COUNSEL